IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY | ) ) | |
| v. | ) ) | NO. 3:03-848 |
| CARDINAL HEALTH, INC., ET AL | ) | JUDGE CAMPBELL |

ORDER

Pending before the Court is Defendants BBA U.S. Holdings, Inc. and BBA Nonwovens Simpsonville, Inc.'s Motion for Summary Judgment Concerning Dupont's Patent Infringement Allegations (Docket No. 357). For the reasons stated in the accompanying Memorandum, Defendants' Motion (Docket No. 357) is GRANTED and all patent claims are dismissed.

Also pending before the Court is Dupont's Motion to Strike or, in the Alternative, Dupont's Motion for Leave to File a Surreply to BBA's Reply Brief in Support of its Motion for Summary Judgment (Docket No. 436). Dupont's Motion to Strike (Docket No. 436) is DENIED. Dupont's Motion for Leave to File Surreply (Docket No. 436) is GRANTED and the Clerk is directed to file Dupont's Surreply.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE