IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY | ) ) | |
| v. | ) ) | NO. 3:03-848 JUDGE CAMPBELL |
| CARDINAL HEALTH, INC., ET AL | ) | |

ORDER

The Court held a Markman hearing on August 2, 2005. Plaintiff E.I. Du Pont De Nemours and Company ("Dupont") asserts that Defendants BBA U.S. Holdings, Inc. and BBA Nonwovens Simpsonville, Inc. (collectively "BBA") have infringed a patent owned by Dupont. The patent at issue is U.S. Patent No. 5,885,909 (the "'909 Patent"). The Court construes the disputed claim terms of the '909 Patent as set forth in the accompanying Memorandum.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE